

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RODREQUIS COUNCIL, SR.,**

    Plaintiff,

v.                                          Civil Action No. **3:15CV317**

**WARDEN WILSON,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a former federal prisoner proceeding *pro se*, submitted this action. By Memorandum Order entered on September 10, 2015, the Court directed Plaintiff, within fifteen (15) days of the date of entry thereof to complete and return an *in forma pauperis* affidavit. The Court warned Plaintiff that it would dismiss the action if Plaintiff did not comply with the above requirement. More than fifteen (15) days have elapsed since the entry of the September 10, 2015 Memorandum Order and Plaintiff has not returned an *in forma pauperis* affidavit. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

                                                                     /s/
                                                  M. Hannah Lauck
Date: NOV - 5 2015                  United States District Judge
Richmond, Virginia